UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
August 17, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Salvador Segovia, Jr., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-21-1452 |
| | § | |
| Amelang Partners Incorporated, | § | |
| | § | |
| Defendant. | § | |

# Final Dismissal

1. Neither party having moved for reinstatement, this case is dismissed with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on August 17, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge